UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-22606-CIV-KING

MELANIE DAMIAN, as
Receiver for On Point Global LLC, *et al.*,

    Plaintiff,

v.

HOLLY MELTON,
BAKER & HOSTETLER LLP, and
CROWELL & MORING LLP,

    Defendants.
_____/

## ORDER OF RECUSAL

THE UNDERSIGNED MAGISTRATE JUDGE, to whom the above-styled case has been assigned, hereby recuses herself and refers the matter to the Clerk of Court for reassignment pursuant to 28 U.S.C. § 455(a) and S.D. Fla. Local Rule 3.6.

DONE AND ORDERED in chambers at Miami, Florida, this 23rd day of August, 2022.

_____
MELISSA DAMIAN
UNITED STATES MAGISTRATE JUDGE

This cause will be reassigned by the Clerk's Office in accordance with the Local Rules for the Southern District of Florida and the applicable Administrative Order.

All documents for filing in this case shall carry the following case number and designation: 22-22606-CIV-KING/ Otazo-Reyes

BY ORDER OF THE COURT this 24th day of August, 2022, Miami, Florida.

          ANGELA E. NOBLE
          Clerk of Court

          By: /s/Valerie Kemp

cc:
The Honorable James Lawrence King
Counsel of Record