**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:22-cv-22606-JLK**

MELANIE E. DAMIAN, as
Receiver for On Point Global LLC, *et al*.,

      Plaintiff,

v.

HOLLY MELTON,
BAKER & HOSTETLER LLP, and
CROWELL & MORING LLP,

      Defendants.

_____/

## ORDER DENYING AS MOOT

THIS CAUSE is before the Court on Defendant Holly Melton's Motion to Dismiss (DE 20), Defendant Baker and Hostetler's Motion to Dismiss (DE 22), and Defendant Crowell and Moring's Motion to Dismiss (DE 21) (collectively the "Motions"), each of which was filed October 24, 2022.

Because Plaintiff filed her Amended Complaint on November 14, 2022 (DE 29), the instant Motions have been rendered moot.

It is therefore **ORDERED, ADJUDGED, AND DECREED** that

1. Defendant Holly Melton's Motion to Dismiss **(DE 20)** be, and the same hereby is, **DENIED AS MOOT**.

2. Defendant Baker and Hostetler's Motion to Dismiss **(DE 22)** be, and the same hereby is, **DENIED AS MOOT**.

3. Defendant Crowell and Moring's Motion to Dismiss **(DE 21)** be, and the same hereby is, **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida this 15th day of November, 2022.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:     **All counsel of record**