# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

MELANIE E. DAMIAN, as Receiver for On Point Global LLC, *et. al.*,

    Plaintiff,

v.

HOLLY MELTON, BAKER & HOSTETLER LLP, and CROWELL & MORING LLP,

    Defendants.

Case. No. 1:22-cv-22606-JLK

## ORDER ON DEFENDANTS' AGREED MOTION
## FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

THIS CAUSE came before the Court upon the Agreed Motion of Defendants Holly Melton, Crowell & Moring LLP, and Baker & Hostetler LLP (DE 31) (the "Motion"), filed on November 22, 2022, for an extension of time to respond to Plaintiff's Amended Complaint (DE 29). The Court being advised that the Motion is agreed to by Plaintiff and being otherwise advised, it is hereby:

**ORDERED, ADJUDGED**, and **DECREED** that the Motion is GRANTED, and Defendants shall respond to the Amended Complaint on or before January 5, 2023.

**DONE and ORDERED** in Chambers in Miami, Florida, on this 23rd day of November, 2022.

                                                                       JAMES LAWRENCE KING
                                                                       UNITED STATED DISTRICT JUDGE

**cc:** All counsel of record