UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MELANIE E. DAMIAN, as Receiver for On Point Global LLC, *et. al.*,

    *Plaintiff,*

- against -

HOLLY MELTON, BAKER & HOSTETLER LLP, and CROWELL & MORING LLP,

    *Defendants.*

Case. No. 1:22-cv-22606-JLK

**ORDER ON DEFENDANTS' AGREED MOTION
FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**

THIS CAUSE came before the Court upon the Agreed Motion of Defendants Holly Melton, Crowell & Moring LLP, and Baker & Hostetler LLP for an extension of time to respond to Plaintiff's Amended Complaint (the "Motion"), and the Court being advised that the Motion is agreed to by Plaintiff and being otherwise advised, it is hereby:

**ORDERED and ADJUDGED** that the Motion is **GRANTED**, and Defendants shall respond to the Amended Complaint on or before January 10, 2023.

**DONE and ORDERED** in Chambers in Miami, Florida, on this 3rd day of January, 2023.

    _____
    Honorable James Lawrence King
    United States District Court Judge

cc: All counsel of record