# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO:  1-22-cv-22606-JLK

MELANIE E. DAMIAN, as
Receiver for On Point Global LLC, *et. al.*,

        Plaintiff,

v.

HOLLY MELTON, BAKER & HOSTETLER LLP,
and CROWELL & MORING LLP,

        Defendants.

_____/

### <u>DECLARATION OF JONATHAN B. NEW</u>

I, Jonathan B. New, declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am over the age of eighteen (18), of sound mind, and competent to testify about the matters stated in this Declaration.

2. I make this Declaration based on my personal knowledge of the facts stated herein.

3. I am a partner with the law firm of Baker & Hostetler LLP ("BakerHostetler").  I am licensed to practice law in the State of New York.

4. I submit this Declaration in support of *Defendant Baker & Hostetler LLP's Motion to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6), Memorandum of Law in Support, and Request for Judicial Notice.*

5. In making this Declaration, I reviewed the *Amended Complaint* filed in the above-numbered and styled action on November 14, 2022.

6. In making this Declaration, I also reviewed the following records from Case No. 19-CV-25046-SCOLA; *Federal Trade Commission v. On Point Global LLC, et al.*; S.D. Fla.) (the "2019 FTC Enforcement Action") (the court presiding over the 2019 FTC Action is referred to as the 2019 FTC Court).

    a. *Complaint*, ECF No. 1

    b. *Order on Cross Motions for Summary Judgment*, ECF No. 528; and

    c. *Verdict and Order Following Non-Jury Trial*, ECF No. 579.

7. I have reviewed the documents listed below that were contained in BakerHostetler's file relating to its representation of certain of the entities alleged to be in receivership. I have identified the following documents and communications that appear to be referenced and/or quoted, in part, in the Amended Complaint:

    a. A March 20, 2017 email from BakerHostetler, with a PowerPoint dated March 21, 2017 as an attachment (Exhibit A-1), true and correct copies of which are attached hereto;

    b. A May 15, 2017 letter from BakerHostetler (Exhibit A-2), a true and correct copy of which is attached hereto;

    c. A June 15, 2017 letter from BakerHostetler (Exhibit A-3), a true and correct copy of which is attached hereto; and

    d. An October 19, 2017 email from BakerHostetler, with a word document as an attachment (Exhibit A-4), true and correct copies of which are attached hereto.

8. The business model discussed in Exhibit A-2 was not at issue in the 2019 FTC Enforcement Action. The FTC did not sue the defendants in the 2019 FTC Enforcement Action over the business model discussed in Exhibit A-2. The 2019 FTC Court did not issue summary judgment or verdict against the defendants in the 2019 FTC Enforcement Action because of the business model discussed in Exhibit A-2.

9. The business model discussed in Exhibit A-3 was not at issue in the 2019 FTC Enforcement Action. The FTC did not sue the defendants in the 2019 FTC Enforcement Action over the business model discussed in Exhibit A-3. The 2019 FTC Court did not issue summary judgment or verdict against the defendants in the 2019 FTC Enforcement Action because of the business model discussed in Exhibit A-3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January __9__, 2023

Jonathan B. New

ACTIVE:164100050.2

# EXHIBIT A-1



**Holly Melton**
Partner

BakerHostetler

45 Rockefeller Plaza
New York, NY 10111-0100
T 212.589.4208

hmelton@bakerlaw.com
bakerlaw.com





© 2015 BakerHostetler®

# EXHIBIT A-2

BH_0000186

Baker Hostetler



*Atlanta     Chicago     Cincinnati     Cleveland     Columbus     Costa Mesa     Denver*
*Houston     Los Angeles     New York     Orlando     Philadelphia     Seattle     Washington, DC*

Attorney-Client / Attorney Work Product

BH_0000186



Attorney-Client / Attorney Work Product

BH_0000187



Sincerely,

Holly A. Melton
Partner

# EXHIBIT A-3

BH_0000241

BakerHostetler



Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

BH_0000241



610915582.1

Attorney-Client / Attorney Work Product

BH_0000241



610915582.1

BH_0000243

BH_0000241



610915582.1

BH_0000244

BH_0000241



610915582.1

Attorney-Client / Attorney Work Product

BH_0000245

BH_0000241



610915582.1

Attorney-Client / Attorney Work Product

BH_0000241



Sincerely,

Holly A. Melton
Partner

610915582.1

# EXHIBIT A-4



Best,
Holly
**Holly Melton**
Partner

BakerHostetler

45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4208

hmelton@bakerlaw.com
bakerlaw.com





611543917.1









611543917.1

611543917.1







't
to

Is

