UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:22-cv-22606-JLK

MELANIE E. DAMIAN, as Receiver for
On Point Global, LLC,

      Plaintiff,

v.

HOLLY MELTON, BAKER & HOSTETLER
LLP, and CROWELL & MORING LLP,

      Defendants.
_____/

## ORDER SETTING HEARING

THIS CAUSE comes before the Court on Defendant Holly Melton's Motion to Dismiss and to Strike and Incorporated Memorandum of Law (DE 36) and Defendant Crowell & Moring LLP's Motion to Dismiss the Amended Complaint and to Strike the Receiver's Requests for Attorneys' Fees and Costs and Incorporated Memorandum of Law (DE 37) (the "Motions"), filed on January 10, 2023. The Court shall hear individual arguments on particular issues in all pending Motions to Dismiss to be noticed in a number of future hearings set by further order of the Court.

The above-styled case is hereby set for oral argument on Defendant Melton and Defendant Crowell's Motions, solely on the issue of ripeness[1], on **Wednesday, March 15, 2023**, at 11:00 AM before the undersigned Judge at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida. Further hearings on the remaining issues will be set by separate order of the Court.

---

[1] While this is a public hearing and any individual is welcome attend, only counsel for Plaintiff and counsel for Defendant Melton and Defendant Crowell & Moring shall present their arguments.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 1st day of March, 2023.

                               _____
                               JAMES LAWRENCE KING
                               UNITED STATES DISTRICT JUDGE

**cc:**    All Counsel of Record