UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22606-JLK

MELANIE E. DAMIAN, as Receiver for
On Point Global, LLC,

        Plaintiff,

v.

HOLLY MELTON, BAKER & HOSTETLER
LLP, and CROWELL & MORING LLP,

        Defendants.
_____/

## ORDER OF CLARIFICATION

THIS CAUSE comes before the Court *sua sponte*. On March 1, 2023 the Court set oral argument (DE 48) on the issue of ripeness in Defendant Holly Melton and Defendant Crowell & Moring LLP's Motions to Dismiss (DE 36 & 37) for **Wednesday, March 15, 2023**, at 11:00 AM. The Court erred in excluding Defendant Baker & Hostetler, who's Motion to Dismiss (DE 38) also addresses ripeness. As such

The above-styled case is hereby set for oral argument on Defendant Melton, Defendant Crowell, AND Defendant Baker's Motions, solely on the issue of ripeness, on **Wednesday, March 15, 2023**, at 11:00 AM before the undersigned Judge at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida. Further hearings on the remaining issues will be set by separate order of the Court.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 10th day of March, 2023.

                                          JAMES LAWRENCE KING
                                          UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record