UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1-22-CV-22606-JLK

MELANIE E. DAMIAN, as Receiver
for On Point Global LLC, *et al.,*

   Plaintiff,

v.

HOLLY MELTON, BAKER &
HOSTETLER LLP, and CROWELL
& MORING LLP,

   Defendants.
_____/

## PLAINTIFF'S MOTION TO RESCHEDULE ORAL ARGUMENT

  Plaintiff, Melanie E. Damian, as Receiver for On Point Global LLC, *et al.*, files her Motion to Reschedule the Oral Argument scheduled by the Court in it's Order Denying in Part Defendants' Motions to Dismiss and Setting Oral Argument [ECF 60] and states:

  1. The Court scheduled oral argument on the remaining issues in Defendants Holly Melton, Crowell & Moring LLP and Baker & Hostetler, LLP's Motions to Dismiss [ECFs 36, 37, 38] for April 25, 2023 at 11:00 a.m.

  2. The Receiver is scheduled to travel out-of-state for a pre-planned and prepaid Bar function the week of April 24th, including April 25, 2023.

  3. For this reason, the Receiver respectfully requests that this Court reschedule the oral argument currently set for April 25, 2023.

  4. This Motion is made for good cause and is not made to delay the proceedings or to prejudice the rights of any party to this action.

## **CERTIFICATE OF CONFERRAL**

5. Undersigned counsel has conferred with counsel for Defendants Holly Melton, Crowell & Moring LLP and Baker & Hostetler, LLP, who do not object to the continuance of the hearing.

6. After multiple exchanges, counsel for Defendants confirmed they are available on May 19th, 2023 as a proposed alternate for the oral argument.

WHEREFORE, Plaintiff respectfully requests the Court reschedule the oral argument scheduled for April 25, 2023 to May 19th, 2023.

> Respectfully submitted,
>
> */s/ Thomas A. Culmo*
> Thomas A. Culmo
> *Counsel for Court-Appointed Receiver*
> Florida Bar No. 775479
> Email: tom@culmolaw.com
> Melanie E. Damian
> *Court-Appointed Receiver*
> Florida Bar No. 0099392
> Email: mdamian@dvllp.com
> DAMIAN | VALORI | CULMO
> 1000 Brickell Avenue, Suite 1020
> Miami, Florida 33131
> Telephone: (305) 371-3960
> Facsimile: (305) 371-3965

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic transmission via this Court's CM/ECF filing system on the 4th day of April 2023, on all counsel and/or parties who have appeared in the above-styled action.

>   */s/ Thomas A. Culmo*
>   Thomas A. Culmo
>   *Counsel for Court-Appointed Receiver*