UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| MELANIE E. DAMIAN, as Receiver for On Point Global LLC, *et al.*,<br><br>*Plaintiff*,<br><br>- against -<br><br>HOLLY MELTON, BAKER & HOSTETLER LLP, and CROWELL & MORING LLP,<br><br>*Defendants.* | Case. No. 1:22-cv-22606-JLK |

### ORDER GRANTING DEFENDANTS' MOTION TO RESCHEDULE ORAL ARGUMENT

THIS MATTER comes before the Court upon Defendants Holly Melton and Crowell & Moring LLP's Motion to Reschedule Oral Argument (ECF No. 63). The Court, having reviewed the Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the motion (ECF No. 63) is GRANTED. The oral argument on the issues remaining in Defendants Holly Melton, Crowell & Moring LLP, and Baker & Hostetler LLP's motions to dismiss, previously scheduled for May 11, 2023, at 11:00 a.m., is rescheduled to May 22, 2023 at _____.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this ___ day of April, 2023.

UNITED STATES DISTRICT COURT JUDGE
JAMES LAWRENCE KING

cc:    All Counsel of Record