**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| MELANIE E. DAMIAN, as Receiver for On Point Global LLC, *et al.*, <br><br> *Plaintiff*, <br><br> - against - <br><br> HOLLY MELTON, BAKER & HOSTETLER LLP, and CROWELL & MORING LLP, <br><br> *Defendants.* | Case. No. 1:22-cv-22606-JLK |

**ORDER GRANTING DEFENDANTS' MOTION
TO RESCHEDULE ORAL ARGUMENT**

THIS MATTER comes before the Court upon Defendants Holly Melton and Crowell & Moring LLP's Motion to Reschedule Oral Argument (ECF No. 63). The Court, having reviewed the Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the motion (ECF No. 63) is **GRANTED**. The oral argument on the issues remaining in Defendants Holly Melton, Crowell & Moring LLP, and Baker & Hostetler LLP's motions to dismiss, previously scheduled for May 11, 2023, at 11:00 a.m., is rescheduled to **Tuesday, May 23, 2023 at 11:00 a.m**.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida, this 17th day of April, 2023.

*/s/ James Lawrence King*
UNITED STATES DISTRICT COURT JUDGE
JAMES LAWRENCE KING

cc:   All Counsel of Record