IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-22606-JLK

MELANIE E. DAMIAN, as Receiver for
On Point Global, LLC,

      Plaintiff,
v.

HOLLY MELTON, BAKER & HOSTETLER
LLP, and CROWELL & MORING, LLP,

      Defendants.
_____/

## ORDER DENYING DEFENDANTS' MOTIONS TO DISMISS

THIS CAUSE came before the Court on Defendant Holly Melton's Motion to Dismiss and to Strike and Incorporated Memorandum of Law [ECF No. 36], Defendant Cromwell & Moring LLP's Motion to Dismiss the Amended Complaint and to Strike the Receiver's Requests for Attorneys' Fees and Costs and Incorporated Memorandum of Law [ECF No. 37], and Defendant Baker & Hostetler LLP's Motion to Dismiss Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(2) and 12(b)(6), Memorandum of Law in Support, and Request for Judicial Notice [ECF No. 38] ("Motions to Dismiss").

After careful review of the Motions, responses, replies, including all attachments, and reviewing all relevant legal authorities, and following oral argument from all parties on March 15, 2023 [ECF No. 58] and May 23, 2023 [ECF No. 68], the Court holds that sufficient facts concerning jurisdiction were pled and supported by the Amended Complaint. The Court declines the invitation from Defendant Baker & Hostetler LLP to resolve the underlying factual disputes at the motion to dismiss stage. The Court further holds that as to the underlying cause of action addressed in the 12(b)(6) motion, accepting Plaintiff's allegations as true and taking those

allegations in the light most favorable to Plaintiff at the pleadings stage, Plaintiff has pled sufficient facts to proceed on a claim for legal malpractice. Specifically, Plaintiff pleads that Defendants were engaged as counsel, that the Defendants breached their respective duties of care under applicable standards, and that such breaches proximately caused damages to the receivership estate.

As such, and for the reasons set forth on the record, it is **ORDERED, ADJUDGED**, and **DECREED** that the Motions to Dismiss [ECF No 36, 37 and 38] are hereby **DENIED**. Defendants shall answer the Amended Complaint within 30 days of the entry of this order.

DONE AND ORDERED in Chambers in Miami-Dade County, Florida this 6th day of June, 2023.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT COURT JUDGE

**CC: All Counsel of Record**