# EXHIBIT F

| | |
|---|---|
| **From:** | Kristopher Pearson |
| **To:** | Richman, Stephen; Raskas, Aron; Tom Culmo |
| **Cc:** | Cruz, Alejandro (x7613); Ana Friedman; Melanie Damian; Gabriela Jimenez; Lisa Fazzah-Diaz; Atkinson, David; Pala, Shelly; Margolese, Maddie; Minelli, Madison; Anderson Davis, Joan; Warder III, Frederick (x2121); Isaac Mitrani; Burns, Dakotah (x2532); Allyn, Charlotte (x2082); Daniel Bitran; cayala@mitrani.com; Purdy, Lauren |
| **Subject:** | RE: Service of Court Documents - Damian v. Melton - Case No. 22-cv-22606-JLK |
| **Date:** | Monday, May 6, 2024 7:07:28 PM |
| **Attachments:** | image002.png<br>image004.png<br>image005.png |

This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Stephen—As we previously mentioned, we do not represent Adam Rioux. As it relates to agreeing to Mr. Rioux's deposition beyond the 10 allowed by the Rules, we do not agree. As you know, Mr. Rioux was engaged in a business that was not the subject of the FTC allegations and he had absolutely no contact with the Defendants or the advice they provided. As it relates to Avenue I's financial results as part of the consolidated OPG enterprise from July 2019 through November 2023, Ms. Nuche who is already set will be prepared to answer those questions. Thank you.

**Kristopher E. Pearson**
**Of Counsel**



Email: kpearson@dvcattorneys.com
Office: (305) 371-3960

**From:** Richman, Stephen <SRichman@gunster.com>
**Sent:** Monday, May 6, 2024 12:12 PM
**To:** Kristopher Pearson <kpearson@dvcattorneys.com>; Raskas, Aron <ARaskas@gunster.com>; Tom Culmo <tom@culmolaw.com>
**Cc:** Cruz, Alejandro (x7613) <acruz@pbwt.com>; Ana Friedman <ana@culmolaw.com>; Melanie Damian <mdamian@dvllp.com>; Gabriela Jimenez <gjimenez@dvllp.com>; Lisa Fazzah-Diaz <lfd@dvllp.com>; Atkinson, David <DAtkinson@gunster.com>; Pala, Shelly <SPala@gunster.com>; Margolese, Maddie <MMargolese@gunster.com>; Minelli, Madison <MMinelli@gunster.com>; Anderson Davis, Joan <JAndersonDavis@gunster.com>; Warder III, Frederick (x2121) <fbwarder@pbwt.com>; Isaac Mitrani <imitrani@mitrani.com>; Burns, Dakotah (x2532) <dburns@pbwt.com>; Allyn, Charlotte (x2082) <callyn@pbwt.com>; Daniel Bitran <dbitran@mitrani.com>; cayala@mitrani.com; Purdy, Lauren <LPurdy@gunster.com>
**Subject:** RE: Service of Court Documents - Damian v. Melton - Case No. 22-cv-22606-JLK

Hi Kris,

I just tried calling you and Tom on the below issue and left a message with the receptionist.  We request your answer on the Adam Rioux deposition issue by end of day today.  You can reach me at 561-804-4362.

Thanks,



**Stephen C. Richman** | Shareholder
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
**P** 561-804-4362  **F** 561-671-2450
gunster.com   |   srichman@gunster.com
*Admitted to Practice Law in Florida and Texas*

---

**From:** Richman, Stephen
**Sent:** Friday, May 3, 2024 11:41 AM
**To:** Kristopher Pearson <kpearson@dvcattorneys.com>; Raskas, Aron <ARaskas@gunster.com>; Tom Culmo <tom@culmolaw.com>
**Cc:** Cruz, Alejandro (x7613) <acruz@pbwt.com>; Ana Friedman <ana@culmolaw.com>; Melanie Damian <mdamian@dvllp.com>; Gabriela Jimenez <gjimenez@dvllp.com>; Lisa Fazzah-Diaz <lfd@dvllp.com>; Atkinson, David <DAtkinson@gunster.com>; Pala, Shelly <SPala@gunster.com>; Margolese, Maddie <MMargolese@gunster.com>; Minelli, Madison <MMinelli@gunster.com>; Anderson Davis, Joan <JAndersonDavis@gunster.com>; Warder III, Frederick (x2121) <fbwarder@pbwt.com>; Isaac Mitrani <imitrani@mitrani.com>; Burns, Dakotah (x2532) <dburns@pbwt.com>; Allyn, Charlotte (x2082) <callyn@pbwt.com>; Daniel Bitran <dbitran@mitrani.com>; cayala@mitrani.com; Purdy, Lauren <LPurdy@gunster.com>
**Subject:** RE: Service of Court Documents - Damian v. Melton - Case No. 22-cv-22606-JLK

Kris,

Adam Rioux is the President of Avenue I Media. By On Point's own admission, Avenue I was the biggest source of its revenues by 2023. We are entitled to depose Mr. Rioux regarding Avenue I's business, its revenues, and its impact on the bottom line at On Point.

If the Receiver is unwilling to agree to the deposition of Mr. Rioux, then we will declare an impasse and bring the issue to the Magistrate Judge so that it can be timely resolved.

We will let you know if the date proposed for Alicia Nuche works.

Thanks,



**Stephen C. Richman** | Shareholder
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
**P** 561-804-4362  **F** 561-671-2450

gunster.com    |    srichman@gunster.com
*Admitted to Practice Law in Florida and Texas*

---

**From:** Kristopher Pearson <kpearson@dvcattorneys.com>
**Sent:** Thursday, April 25, 2024 4:17 PM
**To:** Richman, Stephen <SRichman@gunster.com>; Raskas, Aron <ARaskas@gunster.com>; Tom Culmo <tom@culmolaw.com>
**Cc:** Cruz, Alejandro (x7613) <acruz@pbwt.com>; Ana Friedman <ana@culmolaw.com>; Melanie Damian <mdamian@dvllp.com>; Gabriela Jimenez <gjimenez@dvllp.com>; Lisa Fazzah-Diaz <lfd@dvllp.com>; Atkinson, David <DAtkinson@gunster.com>; Pala, Shelly <SPala@gunster.com>; Margolese, Maddie <MMargolese@gunster.com>; Minelli, Madison <MMinelli@gunster.com>; Anderson Davis, Joan <JAndersonDavis@gunster.com>; Warder III, Frederick (x2121) <fbwarder@pbwt.com>; Isaac Mitrani <imitrani@mitrani.com>; Burns, Dakotah (x2532) <dburns@pbwt.com>; Allyn, Charlotte (x2082) <callyn@pbwt.com>; Daniel Bitran <dbitran@mitrani.com>; cayala@mitrani.com; Purdy, Lauren <LPurdy@gunster.com>
**Subject:** Re: Service of Court Documents - Damian v. Melton - Case No. 22-cv-22606-JLK

Hi Stephen,

We have no objection to Eli Rothman and Alicia Nuche being deposed. Mr. Rothman is represented by Marlon Weiss so you should reach out to him to coordinate. We have not had an opportunity to speak to Alicia Nuche yet but will work to coordinate. As to Mr. Rioux and Mr. Zangrillo, we do not represent them. Mr. Zangrillo is represented by Boies Schiller. As to whether we will consent to allowing these 2 additional depositions over the presumptive 10 deposition limit (not including experts) please provide additional information concerning what you seek from these witnesses and how you have not already obtained such information or are not able to obtain the information in less obtrusive manner. As you already know, neither of these witnesses had any interaction with your clients nor any direct involvement in the websites at issue in this case.

Thank you.

**Kristopher E. Pearson**
**Of Counsel**

# Damian | Valori | Culmo

Email: **kpearson@dvcattorneys.com**
Office: (305) 371-3960

---

**From:** Richman, Stephen <SRichman@gunster.com>
**Sent:** Wednesday, April 24, 2024 12:04:09 PM
**To:** Kristopher Pearson <kpearson@dvcattorneys.com>; Raskas, Aron <ARaskas@gunster.com>; Tom Culmo <tom@culmolaw.com>
**Cc:** Cruz, Alejandro (x7613) <acruz@pbwt.com>; Ana Friedman <ana@culmolaw.com>; Melanie Damian <mdamian@dvllp.com>; Gabriela Jimenez <gjimenez@dvllp.com>; Lisa Fazzah-Diaz

<lfd@dvllp.com>; Atkinson, David <DAtkinson@gunster.com>; Pala, Shelly <SPala@gunster.com>; Margolese, Maddie <MMargolese@gunster.com>; Minelli, Madison <MMinelli@gunster.com>; Anderson Davis, Joan <JAndersonDavis@gunster.com>; Warder III, Frederick (x2121) <fbwarder@pbwt.com>; Isaac Mitrani <imitrani@mitrani.com>; Burns, Dakotah (x2532) <dburns@pbwt.com>; Allyn, Charlotte (x2082) <callyn@pbwt.com>; Daniel Bitran <dbitran@mitrani.com>; cayala@mitrani.com <cayala@mitrani.com>; Purdy, Lauren <LPurdy@gunster.com>
**Subject:** RE: Service of Court Documents - Damian v. Melton - Case No. 22-cv-22606-JLK

Hi Kris,

Can you let us know about the depositions?

Stephen



**Stephen C. Richman** | Shareholder
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
P 561-804-4362  F 561-671-2450
gunster.com    |    srichman@gunster.com
*Admitted to Practice Law in Florida and Texas*

---

**From:** Kristopher Pearson <kpearson@dvcattorneys.com>
**Sent:** Monday, April 22, 2024 4:44 PM
**To:** Raskas, Aron <ARaskas@gunster.com>; Tom Culmo <tom@culmolaw.com>
**Cc:** Richman, Stephen <SRichman@gunster.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>; Ana Friedman <ana@culmolaw.com>; Melanie Damian <mdamian@dvllp.com>; Gabriela Jimenez <gjimenez@dvllp.com>; Lisa Fazzah-Diaz <lfd@dvllp.com>; Atkinson, David <DAtkinson@gunster.com>; Pala, Shelly <SPala@gunster.com>; Margolese, Maddie <MMargolese@gunster.com>; Minelli, Madison <MMinelli@gunster.com>; Anderson Davis, Joan <JAndersonDavis@gunster.com>; Warder III, Frederick (x2121) <fbwarder@pbwt.com>; Isaac Mitrani <imitrani@mitrani.com>; Burns, Dakotah (x2532) <dburns@pbwt.com>; Allyn, Charlotte (x2082) <callyn@pbwt.com>; Daniel Bitran <dbitran@mitrani.com>; cayala@mitrani.com; Purdy, Lauren <LPurdy@gunster.com>
**Subject:** RE: Service of Court Documents - Damian v. Melton - Case No. 22-cv-22606-JLK

Aron—Tom is out, and we will respond when we have had a chance to discuss with him. Thank you.

**Kristopher E. Pearson**
**Of Counsel**



Email: **kpearson@dvcattorneys.com**
Office: (305) 371-3960

---

**From:** Raskas, Aron <ARaskas@gunster.com>
**Sent:** Monday, April 22, 2024 8:56 AM
**To:** Tom Culmo <tom@culmolaw.com>
**Cc:** Richman, Stephen <SRichman@gunster.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>; Ana Friedman <ana@culmolaw.com>; Melanie Damian <mdamian@dvllp.com>; Kristopher Pearson <kpearson@dvcattorneys.com>; Gabriela Jimenez <gjimenez@dvllp.com>; Lisa Fazzah-Diaz <lfd@dvllp.com>; Atkinson, David <DAtkinson@gunster.com>; Pala, Shelly <SPala@gunster.com>; Margolese, Maddie <MMargolese@gunster.com>; Minelli, Madison <MMinelli@gunster.com>; Anderson Davis, Joan <JAndersonDavis@gunster.com>; Warder III, Frederick (x2121) <fbwarder@pbwt.com>; Isaac Mitrani <imitrani@mitrani.com>; Burns, Dakotah (x2532) <dburns@pbwt.com>; Allyn, Charlotte (x2082) <callyn@pbwt.com>; Daniel Bitran <dbitran@mitrani.com>; cayala@mitrani.com; Purdy, Lauren <LPurdy@gunster.com>
**Subject:** RE: Service of Court Documents - Damian v. Melton - Case No. 22-cv-22606-JLK

Tom:

As we told you previously, we sought the depositions of the people listed in my last email below because Plaintiff had specifically identified them in the Amended Complaint and Initial Disclosures and Supplemental Initial Disclosures as having relevant knowledge. Based upon your representation that you do not intend to call any of the witnesses listed in that email below except for Burton Katz, we are willing to narrow our request that you stipulate to only the following four additional depositions (in addition to the Katz deposition and the completion of the deposition of OnPoint's corporate designee) :

1. Eli Rothman
2. Alicia Nuche
3. Adam Rioux
4. Robert Zangrillo

Testimony given by On Point witnesses and other evidence establishes that each of these persons has knowledge of facts at issue in this action and/or which relates to Defendants' defenses. Rothman, Nuche and Rioux were identified as persons who have knowledge relevant to Plaintiff's damages claim and Zangrillo had a central role at On Point. This requested discovery is therefore directly relevant to Defendants' defenses and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery outweighs its likely benefit. *See*  F. R. Civ. P. 26(b)(1).

In light of the foregoing, and Defendants' willingness to reduce the number of additional depositions from 31 to 4, we hope you will agree to stipulate to these four additional depositions so that it does not become necessary to burden the Court with such a request. Please let us know promptly if you

are willing to do so.

We do note, however, that Defendants do not waive the right to move to reopen any depositions previously taken or to note, or seek leave to note, depositions of any of the other persons listed below should Plaintiff designate them as witnesses for trial.

Aron

---

**From:** Tom Culmo <tom@culmolaw.com>
**Sent:** Tuesday, April 16, 2024 2:05 PM
**To:** Raskas, Aron <ARaskas@gunster.com>
**Cc:** Richman, Stephen <SRichman@gunster.com>; Cruz, Alejandro (x7613) <acruz@pbwt.com>; Ana Friedman <ana@culmolaw.com>; Melanie Damian <mdamian@dvllp.com>; Kristopher Pearson <kpearson@dvcattorneys.com>; Gabriela Jimenez <gjimenez@dvllp.com>; Lisa Fazzah-Diaz <lfd@dvllp.com>; Atkinson, David <DAtkinson@gunster.com>; Pala, Shelly <SPala@gunster.com>; Margolese, Maddie <MMargolese@gunster.com>; Minelli, Madison <MMinelli@gunster.com>; Anderson Davis, Joan <JAndersonDavis@gunster.com>; Warder III, Frederick (x2121) <fbwarder@pbwt.com>; Isaac Mitrani <imitrani@mitrani.com>; Burns, Dakotah (x2532) <dburns@pbwt.com>; Allyn, Charlotte (x2082) <callyn@pbwt.com>; Daniel Bitran <dbitran@mitrani.com>; cayala@mitrani.com; Purdy, Lauren <LPurdy@gunster.com>
**Subject:** Re: Service of Court Documents - Damian v. Melton - Case No. 22-cv-22606-JLK

> This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Aron,

As you know our witness list is not yet due. However, without waiving the right to change our decision based on any developments that make occur before the witness list is due, we do not intend on calling any of the witnesses listed below except for Burton Katz.

As we had previously advised we are not willing to agree to more than 10 depositions. If you want to consolidate your request, we will see what we can do to assist in coordinating depositions.

Best

Tom



Medical Malpractice | Serious Injury | Business Litigation

1000 Brickell Avenue, Miami, FL 33131 | t: 305.200.5281

On Apr 15, 2024, at 4:21 PM, Raskas, Aron <ARaskas@gunster.com> wrote:

Tom:

We write in an effort to avoid, or otherwise narrow, a discovery dispute regarding Plaintiff's refusal to agree to Defendants taking more than 10 depositions in this case.  As you should recall, I sent the attached email to you on March 18, 2024, in an effort to identify persons whose depositions Defendants might be able to eliminate with cooperation from Plaintiff. As I told you then, Defendants believe it reasonable and necessary to take depositions of those persons whom Plaintiff has identified as having information relevant to this case.   Yet, I advised that we may be able to eliminate some of those depositions if Plaintiff does not intend to rely upon testimony from them at trial.  We received no response to that previous request. Therefore, in a continued good faith effort to address this issue and possibly truncate some of the remaining discovery that Defendants believe necessary, we once again request that you please advise if Plaintiff will confirm that she will not be calling, and will not attempt to introduce any other testimony from, any or some of the following persons:

- Paola Gutierrez
- John Torrents
- Rafael Lachowski
- Aldo Lanzas
- Liza Vallejos
- Eli Rothman
- Chris Sherman
- Juan Ignacio Lussich
- Candice Nestle
- Mike Spitaleri
- Angela Grant
- Patrick McGowan
- Danielle Ciolfi
- Alicia Nuche
- Sara Dunn
- Richard Granda
- Roy Emmons
- Robert Zangrillo
- Burton Katz

In the continued absence of such a response, we will conclude that we have no further alternative than to request leave of court to pursue these depositions.

We also requested, in the email below, that you agree to the depositions of the persons listed below, which you refused to do. So there is no confusion surrounding this request, these are persons whom Plaintiff alleged in the Amended Complaint, including in paras. 15, 16, 20 & 56, to be "innocent investors" or "innocent shareholders." We dispute those allegations and believe we are entitled to depose each such person to test Plaintiff's allegations. We expect that each such deposition would be completed efficiently and expeditiously.

1. On Point Capital Partners, LLC
2. DG On Point, LLC
3. Adam Rioux
4. Mark Roah
5. Jason Hiroshima
6. RBC Universal, LLC
7. Ventures-On Point LLC
8. Avenue I Media, LLC
9. Dragon Global LLC
10. Dragon Global Management LLC
11. Dragon Global Holdings LLC
12. Robert Zangrillo

Please advise if you will reconsider your position and facilitate these depositions in light of this information.

We would appreciate a response to these issues by tomorrow so that we may meet and confer with you by phone before seeking relief from the Court.   Thank you.

Aron


<image001.png>
**Aron U. Raskas** | Shareholder
600 Brickell Avenue, Suite 3500
Miami, Florida  33131
**P**  305-376-6009  **C**  443-695-1368
araskas@gunster.com

vCard   View my bio   www.gunster.com


**From:** Tom Culmo <tom@culmolaw.com>
**Sent:** Tuesday, April 9, 2024 1:30 PM
**To:** Richman, Stephen <SRichman@gunster.com>
**Cc:** Cruz, Alejandro (x7613) <acruz@pbwt.com>; Ana Friedman <ana@culmolaw.com>; Melanie Damian <mdamian@dvllp.com>; Kristopher Pearson <kpearson@dvcattorneys.com>; Gabriela Jimenez <gjimenez@dvllp.com>; Lisa Fazzah-Diaz <lfd@dvllp.com>; Atkinson, David <DAtkinson@gunster.com>; Raskas, Aron

<ARaskas@gunster.com>; Pala, Shelly <SPala@gunster.com>; Margolese, Maddie <MMargolese@gunster.com>; Minelli, Madison <MMinelli@gunster.com>; Anderson Davis, Joan <JAndersonDavis@gunster.com>; Warder III, Frederick (x2121) <fbwarder@pbwt.com>; Isaac Mitrani <imitrani@mitrani.com>; Burns, Dakotah (x2532) <dburns@pbwt.com>; Allyn, Charlotte (x2082) <callyn@pbwt.com>; Daniel Bitran <dbitran@mitrani.com>; cayala@mitrani.com; Purdy, Lauren <LPurdy@gunster.com>

**Subject:** Re: Service of Court Documents - Damian v. Melton - Case No. 22-cv-22606-JLK

> This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Stephen,

As you know rule 30, F.R.Civ.P. requires leave for more than 10 depositions absent a stipulation by the Parties.  Defendants have already taken 7 depositions (excluding expert depositions).  We understand that you are also scheduling Burt Katz's deposition which brings you to 8 depositions.  The Receiver will not agree to more than 10 depositions at this point.  In addition, the below list of individuals and companies have no additional information regarding the merits of this case.    If you wish to narrow your request to two of the below, we will let you know if we can assist in coordinating their depositions.

Tom

<image002.png>

Medical Malpractice | Serious Injury | Business Litigation

1000 Brickell Avenue, Miami, FL 33131 | t: 305.200.5281

> On Apr 8, 2024, at 11:57 AM, Richman, Stephen <SRichman@gunster.com> wrote:
>
> Tom,
>
> Defendants would like to depose the following persons:
>
> 1. On Point Capital Partners, LLC
> 2. DG On Point, LLC
> 3. Adam Rioux
> 4. Mark Roah

5. Jason Hiroshima
6. RBC Universal, LLC
7. Ventures-On Point LLC
8. Avenue I Media, LLC
9. Dragon Global LLC
10. Dragon Global Management LLC
11. Dragon Global Holdings LLC
12. Robert Zangrillo

Please let me know by Thursday if the Receiver and her counsel will be coordinating the scheduling of these depositions, including accepting subpoenas, or if Defendants will need to serve subpoenas.  For the entities, we will provide topics.

Thanks,

Stephen

<image001.png>
**Stephen C. Richman** | Shareholder
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
P 561-804-4362  F 561-671-2450
gunster.com   |   srichman@gunster.com
*Admitted to Practice Law in Florida and Texas*

---

**From:** Tom Culmo <tom@culmolaw.com>
**Sent:** Friday, April 5, 2024 4:40 PM
**To:** Cruz, Alejandro (x7613) <acruz@pbwt.com>
**Cc:** Ana Friedman <ana@culmolaw.com>; Melanie Damian <mdamian@dvllp.com>; Kristopher Pearson <kpearson@dvcattorneys.com>; Gabriela Jimenez <gjimenez@dvllp.com>; Lisa Fazzah-Diaz <lfd@dvllp.com>; Richman, Stephen <SRichman@gunster.com>; Atkinson, David <DAtkinson@gunster.com>; Raskas, Aron <ARaskas@gunster.com>; Pala, Shelly <SPala@gunster.com>; Margolese, Maddie <MMargolese@gunster.com>; Minelli, Madison <MMinelli@gunster.com>; Anderson Davis, Joan <JAndersonDavis@gunster.com>; Warder III, Frederick (x2121) <fbwarder@pbwt.com>; Isaac Mitrani <imitrani@mitrani.com>; Burns, Dakotah (x2532) <dburns@pbwt.com>; Allyn, Charlotte (x2082) <callyn@pbwt.com>; Daniel Bitran <dbitran@mitrani.com>; cayala@mitrani.com; Purdy, Lauren <LPurdy@gunster.com>
**Subject:** Re: Service of Court Documents - Damian v. Melton - Case No. 22-cv-22606-JLK

> This email originated from **outside** of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Agreed

**Best,**

**Tom Culmo**
**Partner**

**DAMIAN VALORI CULMO**

Medical Malpractice | Personal Injury | Product Defect | Wrongful Death | Business Litigation | Insurance Claims

1000 Brickell Avenue, Suite 1020

Miami, Florida 33131

305-371-3960 (office)

305-371-3965 (fax)

tom@culmolaw.com

> On Apr 5, 2024, at 3:50 PM, Cruz, Alejandro (x7613) <acruz@pbwt.com> wrote:
>
> Tom:
> Given the new discovery cutoff, and the fact that there will be additional productions of documents based on Tuesday's hearings, we would propose adjourning the completion of the OPG 30(b)(6) deposition to a later mutually acceptable date. Will you agree to that?
> Thank you.
> Best,
> Alejandro
>
>> On Mar 27, 2024, at 6:09 PM, Cruz, Alejandro (x7613) <acruz@pbwt.com> wrote:
>>
>> Tom:
>> Thank you. We are drafting a consent motion to this effect and will send it to you for review tomorrow.
>> Best,
>> Alejandro

**Alejandro H. Cruz**
He | Him | His
**Patterson Belknap Webb & Tyler LLP**
1133 Avenue of the Americas | New York, NY 10036
T: 212.336.7613
acruz@pbwt.com | www.pbwt.com

---

**From:** Tom Culmo <tom@culmolaw.com>
**Sent:** Tuesday, March 26, 2024 9:13 PM
**To:** Cruz, Alejandro (x7613) <acruz@pbwt.com>
**Cc:** Ana Friedman <ana@culmolaw.com>; Melanie Damian <mdamian@dvllp.com>; Kristopher Pearson <kpearson@dvcattorneys.com>; Gabriela Jimenez <gjimenez@dvllp.com>; Lisa Fazzah-Diaz <lfd@dvllp.com>; Richman, Stephen <SRichman@gunster.com>; Atkinson, David <DAtkinson@gunster.com>; Raskas, Aron <ARaskas@gunster.com>; Pala, Shelly <SPala@gunster.com>; Margolese, Maddie <MMargolese@gunster.com>; Minelli, Madison <MMinelli@gunster.com>; Anderson Davis, Joan <JAndersonDavis@gunster.com>; Warder III, Frederick (x2121) <fbwarder@pbwt.com>; Isaac Mitrani <imitrani@mitrani.com>; Burns, Dakotah (x2532) <dburns@pbwt.com>; Allyn, Charlotte (x2082) <callyn@pbwt.com>; Daniel Bitran <dbitran@mitrani.com>; cayala@mitrani.com; Purdy, Lauren <LPurdy@gunster.com>
**Subject:** Re: Service of Court Documents - Damian v. Melton - Case No. 22-cv-22606-JLK

*Caution: External Email!*

Alejandro, in furtherance of our discussion today about completing the remaining portion of the the 30(B)(6) deposition of OPG, Melanie can be available, by Zoom, on Friday April 12th at 3 pm.

I am available tomorrow morning to discuss, if necessary.

Best,

Tom

<image001.png>

Medical Malpractice | Serious Injury | Business Litigation

1000 Brickell Avenue, Suite 1020, Miami, FL 33131 | t: 305.200.5281

> On Mar 21, 2024, at 6:22 PM, Cruz, Alejandro (x7613) <acruz@pbwt.com> wrote:
>
> Counsel:
>
> Please see the attached documents. We will serve Stretto directly, unless you let us know to proceed otherwise.
>
> Regards,
>
> Alejandro
>
> **Alejandro H. Cruz**
> He | Him | His
> **Patterson Belknap Webb & Tyler LLP**
> 1133 Avenue of the Americas | New York, NY 10036
> T: 212.336.7613
> acruz@pbwt.com | www.pbwt.com
>
> ---
>
> Privileged/Confidential Information may be contained in this message. If you are not
> the addressee indicated in this message (or responsible for delivery of the message to
> such person), you may not copy or deliver this message to anyone. In

such case, you
should destroy this message and
kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to receiving email
messages of this
kind.

<2024.03.21 Crowell & Melton - Sixth Set of RFPS to Receiver.pdf>
<Stretto Notice of Subpoena.pdf>
<Stretto Subpoena and Exhibits.pdf>

Privileged/Confidential Information may be contained in this message. If you are not
the addressee indicated in this message (or responsible for delivery of the message to
such person), you may not copy or deliver this message to anyone. In such case, you
should destroy this message and kindly notify the sender by reply email. Please advise
immediately if you or your employer do not consent to receiving email messages of this
kind.

<Mail Attachment.eml>