UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| MELANIE E. DAMIAN, as the Court-Appointed Receiver for On Point Global, LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>HOLLY MELTON, BAKER & HOSTETLER LLP, and CROWELL & MORING LLP,<br><br>Defendants. | Case No. 1:22-cv-22606-JLK |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate and agree that: (i) the above-captioned matter, including all claims and counterclaims asserted therein, is voluntarily dismissed, with prejudice, with each party to bear its own costs and attorney fees; and (ii) no party to this action is an infant, incompetent person for whom a committee has been appointed, or a conservatee, and no person not a party has any interest in the subject matter of this action.

**[SIGNATURES ON FOLLOWING PAGE]**

Dated this 3rd day of July, 2024

| | |
|---|---|
| **PATTERSON BELKNAP WEBB & TYLER LLP** | **DAMIAN VALORI CULMO** |
| */s/ Frederick B. Warder* | |
| _____ | _____ |
| Frederick B. Warder III (*pro hac vice*) | Thomas A. Culmo (No. 775479) |
| Alejandro H. Cruz (*pro hac vice*) | Kristopher E. Pearson (No. 16874) |
| Dakotah M. Burns (*pro hac vice*) | 1000 Brickell Avenue, Suite 1020 |
| 1133 Avenue of the Americas | Miami, FL 33131 |
| New York, New York 10036 | Telephone: (305) 371-3960 |
| Telephone: (212) 336-2000 | tom@culmolaw.com |
| fbwarder@pbwt.com | kpearson@dvcattorneys.com |
| acruz@pbwt.com | |
| dburns@pbwt.com | |

-and-

| | |
|---|---|
| **MITRANI, RYNOR, ADAMSKY & TOLAND, P.A.** | **GUNSTER, YOAKLEY & STEWART, P.A.** |
| Isaac J. Mitrani (No. 348538) | |
| Daniel S. Bitran (No. 124041) | |
| 301 Arthur Godfrey Road, Penthouse | |
| Miami Beach, FL 33140 | _____ |
| Telephone: (305) 358-0050 | David R. Atkinson (No. 767239) |
| imitrani@mitrani.com | Stephen C. Richman (No. 1015692) |
| dbitran@mitrani.com | Aron U. Raskas (No. 1022416) |
| | 777 South Flagler Drive, Suite 500 East |
| *Attorneys for Defendants Holly Melton and Crowell & Moring LLP* | West Palm Beach, FL 33401 |
| | Telephone: (561) 650-0595 |
| | Facsimile: (561) 655-5677 |
| | datkinson@gunster.com |
| | srichman@gunster.com |
| | araskas@gunster.com |
| | |
| | *Attorney for Defendants/Cross-Claimants Baker & Hostetler LLP* |

Dated this ___ day of June, 2024.

| | |
|---|---|
| **PATTERSON BELKNAP WEBB & TYLER LLP** | **DAMIAN VALORI CULMO** |

_____  _____
Frederick B. Warder III (*pro hac vice*)   Thomas A. Culmo (No. 775479)
Alejandro H. Cruz (*pro hac vice*)   Kristopher E. Pearson (No. 16874)
Dakotah M. Burns (*pro hac vice*)   1000 Brickell Avenue, Suite 1020
1133 Avenue of the Americas   Miami, FL 33131
New York, New York 10036   Telephone: (305) 371-3960
Telephone: (212) 336-2000   tom@culmolaw.com
fbwarder@pbwt.com   kpearson@dvcattorneys.com
acruz@pbwt.com
dburns@pbwt.com

             -and-

**MITRANI, RYNOR, ADAMSKY & TOLAND, P.A.**    **GUNSTER, YOAKLEY & STEWART, P.A.**
Isaac J. Mitrani (No. 348538)
Daniel S. Bitran (No. 124041)
301 Arthur Godfrey Road, Penthouse
Miami Beach, FL 33140
Telephone: (305) 358-0050    _____
imitrani@mitrani.com    David R. Atkinson (No. 767239)
dbitran@mitrani.com    Stephen C. Richman (No. 1015692)
    Aron U. Raskas (No. 1022416)
    777 South Flagler Drive, Suite 500 East
*Attorneys for Defendants Holly Melton and Crowell & Moring LLP*    West Palm Beach, FL 33401
    Telephone: (561) 650-0595
    Facsimile: (561) 655-5677
    datkinson@gunster.com
    srichman@gunster.com
    araskas@gunster.com

    *Attorney for Defendants/Cross-Claimants Baker & Hostetler LLP*

2

Dated this ___ day of June, 2024.

| | |
|---|---|
| **PATTERSON BELKNAP WEBB & TYLER LLP** | **DAMIAN VALORI CULMO** |
| _____ | _____ |
| Frederick B. Warder III (*pro hac vice*) | Thomas A. Culmo (No. 775479) |
| Alejandro H. Cruz (*pro hac vice*) | Kristopher E. Pearson (No. 16874) |
| Dakotah M. Burns (*pro hac vice*) | 1000 Brickell Avenue, Suite 1020 |
| 1133 Avenue of the Americas | Miami, FL 33131 |
| New York, New York 10036 | Telephone: (305) 371-3960 |
| Telephone: (212) 336-2000 | tom@culmolaw.com |
| fbwarder@pbwt.com | kpearson@dvcattorneys.com |
| acruz@pbwt.com | |
| dburns@pbwt.com | |

-and-

| | |
|---|---|
| **MITRANI, RYNOR, ADAMSKY & TOLAND, P.A.** | **GUNSTER, YOAKLEY & STEWART, P.A.** |
| Isaac J. Mitrani (No. 348538) | |
| Daniel S. Bitran (No. 124041) | /s/ *David R. Atkinson* |
| 301 Arthur Godfrey Road, Penthouse | _____ |
| Miami Beach, FL 33140 | David R. Atkinson (No. 767239) |
| Telephone: (305) 358-0050 | Stephen C. Richman (No. 1015692) |
| imitrani@mitrani.com | Aron U. Raskas (No. 1022416) |
| dbitran@mitrani.com | 777 South Flagler Drive, Suite 500 East |
| | West Palm Beach, FL 33401 |
| *Attorneys for Defendants Holly Melton and Crowell & Moring LLP* | Telephone: (561) 650-0595 |
| | Facsimile: (561) 655-5677 |
| | datkinson@gunster.com |
| | srichman@gunster.com |
| | araskas@gunster.com |
| | |
| | *Attorney for Defendants/Cross-Claimants Baker & Hostetler LLP* |

2